IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 15-cv-00184-PAB-KMT | Date: | December 1, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*   *Counsel:*

ADRE COUNTRY SQUARE, LLC,   Marie Drake

   Plaintiff,

v.

WESTCHESTER SURPLUS LINES INSURANCE   Nicholas Snow
COMPANY,   Ryan Yates

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**9:56 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding conferral and informal discovery conference. Mr. Yates informs the Court the parties did not use the Court's Discovery Dispute Resolution Procedure to set an Informal Discovery Conference.

Discussion and argument regarding reserve information, claims handling practices, and discovery linked to the claim.

**ORDERED:   Plaintiff's Motion to Compel Discovery Responses [31] is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED IN PART as to interrogatories 8 and 9 and requests for production 7, 8, 9, 10, 11, and 12, as limited by the Court. Responses and/or supplementations are due on or before December 15, 2015. The motion is denied in all other respects.**

Discussion regarding attorney fees. Court will not award any fees.

Discussion regarding depositions.

**ORDERED:** **The discovery cut off is extended to February 1, 2016 for the limited purpose of deposing fact and/or expert witnesses.  The parties shall have all depositions scheduled on or before December 15, 2015.  Dispositive motion deadline is extended to March 1, 2016.**

**ORDERED:** **Telephonic Final Pretrial Conference is VACATED and RESET for May 3, 2016 at 9:45 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

**11:06 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    01:10

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.