# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil action No: 1:15-cv-00184-PAB-KMT

ADRE COUNTRY SQUARE, LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY

    Defendant.

## STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

The parties, by and through their respective counsel, Andrew M. Plunkett, Michael W. Duffy, Thomas J. Loucks, Marie E. Drake and Angela M. Schmitz for Plaintiff, ADRE Country Square, LLC, and Nicholas C. Snow, Ryan R. Yates and Russel E. Yates for Defendant, Westchester Surplus Lines Insurance Company, submit this Stipulation for Dismissal with Prejudice, and state as follows:

The parties have resolved all claims in this matter, and hereby stipulate and agree to a dismissal of with prejudice, each party to pay its own attorney fees and costs. The parties further stipulate to agree that this action may be dismissed with prejudice without any further notice to any party hereto.

Respectfully submitted this 5th day of July, 2016.

*s/ Angela M. Schmitz*_____  
Angela M. Schmitz, Reg. No. 42065  
Marie E. Drake, Reg. No. 30754  
THE DRAKE LAW FIRM, P.C.  
2117 Ford Street  
Golden, CO 80401  
Telephone: (303) 261-8111  
Facsimile: (303) 261-8199  
angie@thedrakelawfirm.com  
marie@thedrakelawfirm.com  
*Co-Counsel for Plaintiff*

*/s Ryan R. Yates*_____  
Ryan R. Yates  
Nicholas C. Snow  
Russell E. Yates  
303 East 17th Avenue, Suite 940  
Denver, Colorado 80203  
Telephone: (303) 722-2810  
Fax: (303) 722-2890  
nsnow@yateslawfirmllc.com  
ryates@yateslawfirmllc.com  
ryanyates@yateslawfirmllc.com  
*Attorneys for Defendant, Westchester Surplus Lines Insurance Company*

Andrew M. Plunkett, Esq.  
Michael W. Duffy, Esq.  
Thomas J. Loucks, Esq.  
Childress Duffy, Ltd.  
500 N. Dearborn St, Suite 1200  
Chicago, IL 60654  
Telephone:  312-494-0200  
Fax:  312-494-0202  
aplunkett@childresslawyers.com  
mduffy@childresslawyers.com  
tloucks@childresslawyers.com  
service@childresslawyers.com  
*Co-Counsel for Plaintiff*

**Certificate of Service**

       I hereby certify that on July 5th, 2016, I electronically filed the foregoing Stipulation for Dismissal of Action with Prejudice with the Clerk of Court using CM/ECF system which will send notification of such filing to the following parties:

Andrew M. Plunkett
Thomas J. Loucks
Michael W. Duffy
Childress Duffy, Ltd.
500 N. Dearborn St, Suite 1200
Chicago, IL 60654
Telephone:  312-494-0200
Fax:  312-494-0202
aplunkett@childresslawyers.com
tloucks@childresslawyers.com
service@childresslawyers.com
*Co-Counsel for Plaintiff*

Russell E. Yates
Ryan R. Yates
Nicholas C. Snow
303 East 17th Avenue, Suite 940
Denver, Colorado 80203
Telephone: (303) 722-2810
Fax: (303) 722-2890
ryates@yateslawfirmllc.com
ryanyates@yateslawfirmllc.com
nsnow@yateslawfirmllc.com
*Attorneys for Defendant, Westchester Surplus Lines Insurance Company*

                                          */s/ Angela Schmitz*
                                          Angela Schmitz